People ex rel. DeFreitas v Toulon (2024 NY Slip Op 02063)

People ex rel. DeFreitas v Toulon

2024 NY Slip Op 02063

Decided on April 17, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 17, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2023-12323

[*1]The People of the State of New York, ex rel. Russell DeFreitas, petitioner, 
v
Errol D. Toulon, Jr., etc., respondent.

Russell DeFreitas, Riverhead, NY, petitioner pro se.
Raymond A. Tierney, District Attorney, Riverhead, NY (Dina Cangero of counsel), for respondent.

Writ of habeas corpus in the nature of an application to release Russell DeFreitas upon his own recognizance or to set reasonable bail pursuant to CPL 30.30(2)(a) upon Suffolk County Indictment No. 71385/2023, and application for poor person relief.
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
CONNOLLY, J.P., GENOVESI, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court